JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JESSE RIVERA<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>    Defendants. | Case No.: 2:21-cv-07499-RSWL-PLA<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: **NOVEMBER 22, 2022**      /S/ RONALD S. W. LEW
                                  Hon. Ronald S. W. Lew
                                  UNITED STATES DISTRICT JUDGE